IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA    )
    )
   v.    )   CASE NO. 1:11-CR-4-WKW
    )
QUINCY B. JONES    )

## <u>ORDER</u>

On June 29, 2011, the Magistrate Judge filed a Report and Recommendation (Doc. # 154) regarding Defendant's Motion to Suppress (Doc. # 121). Defendant has filed no timely objections. Having conducted an independent review of the file in this case and upon CONSIDERATION of the Recommendation of the Magistrate Judge, it is ORDERED as follows:

1.    The Recommendation of the Magistrate Judge (Doc. # 154) is ADOPTED;

2.    The defendant's Motion to Suppress (Doc. # 121) is DENIED.

DONE this 27th day of July, 2011.

              /s/ W. Keith Watkins          
             CHIEF UNITED STATES DISTRICT JUDGE