IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA    )
    )
v.    )    CASE NO. 1:11-CR-4-WKW
    )    [WO]
QUINCY B. JONES    )

## **ORDER**

Before the court is Defendant Quincy B. Jones's motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i).  (Doc. # 380; *see also* Doc. # 387.) After thorough review of Defendant's file, and for the reasons set out in the Government's response in opposition (Doc. # 385), it is ORDERED that Defendant's motion (Doc. # 380) is DENIED.

DONE this 3rd day of September, 2020.

_____/s/ W. Keith Watkins_____
UNITED STATES DISTRICT JUDGE